PETITION UNDER 28 USC § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY
SEEKING REVIEW OF PRISON DISCIPLINARY SANCTIONS

| United States District Court | District | Southern District of Indiana |
|---|---|---|

| Name: Michael Fultz | Prisoner No. 935731 | Case No. WVC-25-03-000775 |
|---|---|---|

Place of Confinement: Wabash Valley Correctional Facility

2:25-cv-596-JPH-MKK

Name of Petitioner (include name under which convicted): Michael Fultz

v.

Name of Respondent (authorized person having custody of petitioner): Vinardi

The Attorney General of the State of Indiana

## PETITION

1. Name and location of Prison Disciplinary Body, which determined guilt: Wabash Valley Correctional Facility, 6908 S. Old U.S. Hwy 41, Carlisle, IN 47838

2. Date of Guilt determination: 3-24-25

3. Sanctions imposed: 4 weeks message loss and 30 days good time credit deprivation

4. Nature of rule infractions involved (all counts): 247- Possession or solicitation of unauthorized personal information

5. What was your plea? (Check one)
   (a) Not guilty ☑
   (b) Guilty ☐

6. If you pleaded not guilty, what kind of disciplinary hearing did you have? (Check one)
   (a) Screening Officer Hearing ☐
   (b) Full Hearing ☑

7. Did you testify at your disciplinary hearing?
   Yes ☑  No ☐

8. Did you appeal from the guilty determination and imposition of sanction(s)?
   Yes ☑  No ☐

(1)

T5

9. If you did appeal, answer the following:
   (a) Name and title of Reviewing Authority: M. Ellis Warden's designee
   (b) Result: Appeal denied
   (c) Date of result: 4-30-2025
   (d) Grounds raised: I was trying to get the former officers address to serve him with a lawsuit. I didn't know I couldn't get the address of a former employee. The letters they used as evidence explained I needed the address to serve a lawsuit. Nothing in policy says I wasn't allowed to get his address.
   (e) If you sought further review of the decision on appeal by a higher Reviewing Authority, please answer the following:
      (1) Name and title of Higher Reviewing Authority: Unknown
      (2) Result: I never received a response
      (3) Date of result: Still unanswered
      (4) Grounds raised: There is nothing in the Appendix of the I.D.O.C. Adult Disciplinary Process definition that says I can't get the address of a former employee. A former employee is not listed as an unauthorized address in I.D.O.C. policy. I wasn't given fair notice of the conduct that was prohibited.

10. Have you previously filed any petitions, applications, or motions with respect to this Disciplinary Finding in any court, state or federal?
    Yes ☐   No ☑

11. If your answer to 10 was "yes," give the following information:
    (a) (1) Name of court _____
        (2) Nature of proceeding _____
        (3) Grounds raised _____

T5

②

12. State *concisely* every ground on which you claim that you were unconstitutionally deprived of credit time or subjected to unconstitutional disciplinary punishment. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting same.

CAUTION: In order to proceed in federal court, you must first exhaust all available administrative appellate remedies as to each ground on which you request relief from federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date. It is suggested that you read *Marham v Clark*, 978 F.2d 1057 (7th Cir. 1990) prior to filing this petition.

(A) GROUND ONE: Due process right was violated. The disciplinary offense didn't clearly define it's prohibitions, and should be void for vagueness.

SUPPORTING FACTS (state *briefly* without citing cases or law) The charge of possession or solicitation of unauthorized personal information is unconstitutionally vague. Mr. Fultz's conduct was not clearly prohibited by the definition of the charge. The definition in the Appendix of the I.D.O.C Adult Disciplinary Process 02-04-101 which went into effect on May 16, 2023 defines the disciplinary offense with which Mr. Fultz was charged as follows: 247-Possession or Solicitation of unauthorized personal information, Possessing or soliciting unauthorized

(B) GROUNT TWO: _____

SUPPORTING FACTS (state *briefly* without citing cases or law) _____

(C) GROUNT THREE: _____

SUPPORTING FACTS (state *briefly* without citing cases or law) _____



personal information regarding another individual, including but not limited to personnel files, offender packets, medical or mental health records, photographs, social security numbers, home addresses, financial information, or telephone numbers, except as authorized by a court order or as approved in writing by the Warden. This includes soliciting for correspondence (pen-pals) through forums on any website or periodical. This also includes possession of any unauthorized material related to programming.

This definition did not provide Mr. Fultz fair notice of the conduct that is prohibited. It does not clearly describe the individuals whos personal information an inmate cannot possess or solicit. Mr. Fultz was unaware he could not get a former employee's address to serve them with a lawsuit. The I.D.O.C. policy didn't clearly state inmates cannot get the address of a former employee.

After doing research Mr. Fultz found that I.D.O.C's Appendix of the Adult Disciplinary Process in effect June 1, 2015 defined: 247- Possession or Solicitation of unauthorized personal information, Possessing or soliciting unauthorized personal information regarding another offender, ex offender, victim/witness, potential victim or current or former staff person, including but not limited to personnel files, offender packets, medical or mental health records, photographs, social security numbers, home addresses, financial information, or telephone numbers, except as authorized by a court order or as approved in writing by the Warden. This includes soliciting for correspondence (pen-pals) through forums on any website or periodical. This also includes possession of an unauthorized material related to programming.

The June 1, 2015 definition clearly describes the individuals

who's personal information an inmate cannot possess or solicit, an offender, ex offender, victim/witness, potential victim, or current or former staff person. By I.D.O.C. removing the language from the definition of the June 1, 2025 version, and not adding it to the definition of the revised version in May 16, 2023 it made it unconstitutionally vague. It doesn't give a person of ordinary intelligence reasonable opportunity to know who's personal information an inmate is prohibited from possessing or soliciting. Mr. Fultz was unaware and had no bad intent attempting to get the former employees address to serve a lawsuit. The lawsuit against the former employee Kaleb Okes was filed in the Southern District Court case# 2:25-CV-00257-JRS-MJD

13. If any of the grounds listed in 12A, B. C, and D were not previously presented in your administrative appeal, state briefly what grounds were not presented and give your reasons for not presenting them at the administrative level:

    _____
    _____
    _____
    _____

14. Do you have any petition or appeal now pending in any court or administrative agency, either state or federal, as to the judgment under attack?
    Yes ☐   No ☐

15. Give the name, Title, and/or D.O.C. Numbers, if known, of each offender, of any staff or lay advocates, who represented you in the following stages of the disciplinary proceedings in the following stages of the judgment attacked herein:

    (a) At Disciplinary hearing: B. Elkins Correctional Officer

    (b) At Institutional Level Appeal: _____

    (c) At I.D.O.C. Level Appeal: _____

WHEREFORE, Petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Petitioner

I declare under penalty of perjury that the foregoing is true and correct. Executed on

11-2-25
DATE

_____
Signature of Petitioner



T5

| Name |  |
|---|---|
| Michael Fultz | |
| DOC number | Location |
| 935731 | A-205 |

SF 47112 (R3 / 02-24)

**INDIANA DEPARTMENT OF CORRECTION**
**WABASH VALLEY CORRECTIONAL FACILITY**
6908 S. Old US Hwy 41
CARLISLE, IN 47838

This stamp identifies this correspondence as having been mailed by an incarcerated Individual at the indicated correctional facility. **"WARNING",** Not responsible for contents. Any enclosed money orders should be referred to your local Postmaster before cashing.

INDIANAPOLIS 460
22 NOV 2025
FREEDOM
FOREVER / USA

FILED
NOV 25 2025
U.S. CLERK'S OFFICE

Clerk of the U.S. District Court
921 Ohio Street
Room 137
Terre Haute, IN 47807

UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER

47807-373899